UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN DOE,

    Plaintiff,

  v.

LINCOLN NATIONAL LIFE INSURANCE COMPANY,

    Defendant.

Case No. 17-cv-03963-YGR

\*\* AMENDED\*\*
**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, March 19, 2018 at 2:00 p.m. |
| REFERRED TO ADR FOR PRIVATE MEDIATION TO BE COMPLETED BY: | February 23, 2018 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Only with Court Approval |
| NON-EXPERT DISCOVERY CUTOFF: | March 9, 2018 |
| Cross- Motions for Summary Judgment: <br> <u>Plaintiff Opening Motion filed 4/6/18 \*\*</u> <br> Defendant Opposition and Cross-Motion for Summary Judgment filed 4/27/2018 <br> Plaintiff Reply and Opposition to Defendant's Cross-Motion filed 5/11/18 <br> Defendant Reply to its Cross-Motion filed 5/25/18 | |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | June 12, 2018 |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

1  The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: October 27, 2017

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge